1 | Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
2 | Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
3 | H&P LAW
8950 W Tropicana Ave., #1
4 | Las Vegas, NV 89147
702 598 4529 TEL
5 | 702 598 3626 FAX
mhauf@courtroomproven.com
6 | matt@courtroomproven.com

7 | Attorneys for Plaintiff,
*Christian Yumul*

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

* * *

11 | **Christian Yumul**, an individual,          2:20-cv-00551-RFB-BNW

12

13 |          Plaintiff,

vs.

14

15 | **Walmart, INC.**, a foreign corporation;          **Stipulation and Order to**
Does I through X, inclusive and Roe          **Continue the Hearing on**
16 | Business Entities I through X, inclusive          **Defendant Walmart Inc's Motion**
          **for Summary Judgment, Or in**
17 |                                              **the Alternative, Motion for**
          Defendants.                          **Partial Summary Judgment**
18

19

20 |                                              (FIRST REQUEST)

21

22 |          IT IS HEREBY STIPULATED, pursuant to LR IA 6-1 and LR IA 6-1, between Plaintiff,

23 | Christian Yumul, by and through his counsel of record, Matthew G. Pfau, Esq. and

24 | Marjorie L. Hauf, Esq. of H&P LAW and Defendant Walmart, INC., by and through

25 | their counsel of record, Robert K. Phillips, Esq. and Megan Wessel, Esq. of PHILLIPS

26 | SPALLAS & ANGSTADT, LLC as follows:

27

28

1. The purpose for this Stipulation is that Plaintiff's counsel, Matthew G. Pfau, Esq. and Marjorie L. Hauf, Esq. will be in trial on December 8th, 2021. This is the time the Court has scheduled for a hearing on Defendant's Motion for Summary Judgement, or in the Alternative, Motion for Partial Summary Judgment and neither attorney will be able to attend.

2. Defendant's Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment is continued to either December 21st, 2021, after 1:00 p.m. PST or January 5th, 2022 in LV Courtroom 7C by videoconference appearance.

3. The Parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable. However, counsel request that, in any event, the current proposed dates in this matter be continued to a time that is at least after February 1st, 2021.

Respectfully submitted by:

DATED this 6th   day of December   H & P LAW
2021.

Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
8950 West Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147

Attorney for Plaintiff,
*Christian Yumul*

STIPULATION AND ORDER TO CONTINUE MSJ HEARING

Approved as to form and content:

DATED this 6th day of December PHILLIPS, SPALLAS, & ANGSTADT, LLC
2021.

/s/ Megan Wessel
Robert K. Phillips, Esq.
Nevada Bar No.: 11441
Megan Wessel, Esq.
Nevada Bar No.: 014131
504 South Ninth Street
Las Vegas, Nevada 89101

Attorney for Defendant,
*Walmart Inc.*

STIPULATION AND ORDER TO CONTINUE MSJ HEARING

1

**Order**

2     The Court, having reviewed the Stipulation of the Parties and finding good cause,

3  hereby issues an order to:

4

5     1. Continue the hearing on Defendant, Walmart INC.'s Motion for Summary

6        Judgment, or in the Alternative, Motion for Partial Summary Judgment to

7        December 21st, 2021, after 1:00 p.m. PST; and

8     2. If the hearing cannot be continued to December 21st, 2021, that the hearing

9        on Defendant, Walmart INC.'s Motion for Summary Judgment, or in the

10       Alternative, Motion for Partial Summary Judgment be continued to January

11       5th, 2022 in LV Courtroom 7C by videoconference appearance.

12

13    IT IS SO ORDERED.

14

15   DATED this  7th  day of  December   2021.

16

17 

18                             RICHARD F. BOULWARE, II
                               United States District Judge

19

20

21

22

23

24

25

26

27

28