ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No.14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.com

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN YUMUL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation;<br>DOES I through X, inclusive; and ROE<br>BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00551-RFB-BNW<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE THE PARTIES'**<br>**SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED, pursuant to LR IA 6-1, between Defendant WALMART INC. ("Walmart" or "Defendant"), by and through counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT, LLC, and Plaintiff CHRISTIAN YUMUL ("Plaintiff"), by and through counsel of record, H&P LAW, as follows:

. . .

. . .

. . .

. . .

. . .

. . .

. . .

The purpose for this stipulation is a necessary attendee, Walmart's Representative, will be out of the country on the date the Settlement Conference in this matter is currently set to move forward on, specifically, March 22, 2022.  This person holds the necessary authority to resolve this matter in good faith and cannot be replaced or substituted in light of the claims at issue. In an attempt to avoid unnecessary motion practice and to work together amicably, the parties have agreed to continue the Settlement Conference currently scheduled for March 22, 2022, to the next available date.

The parties have met and conferred and can offer this Court the following dates that work for both parties: April 1, April 4, April 6, April 7, or April 8.

Should any of the above proposed dates be inconvenient to the Court, the parties defer to the Court for a more convenient date and time based upon the Court's docket. In any event, the parties request the matter be continued to a date that is at least after March 30, 2022.

The request for a brief continuance is not brought for the purposes of delay or in bad faith as the short continuance is being requested to ensure both parties may appear in good faith and attempt to resolve this matter prior to trial and costs associated therewith.

DATED this 21st day of January 2022.

**H&P LAW**

*/s/ Matthew G. Pfau*
_____
MATTHEW G. PFAU, ESQ.
Nevada Bar No. 11439
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147

*Attorneys for Plaintiff*

DATED this 21st day of January 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

*/s/ Megan E. Wessel*
_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*Walmart Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** January 24, 2022
_____