DocuSign Envelope ID: 7E3D375C-F4B6-496A-84A6-70D01DB4E22E

Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WALMART INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN YUMUL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00551-RFB-BNW<br><br>SUBSTITUTION OF ATTORNEY |

Defendant WALMART INC. hereby substitutes attorneys, Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, located at 1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144, in the above-entitled action, in place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, located at 504 South Ninth Street, Las Vegas, Nevada 89101.

DATED: February ___, 2022          WALMART INC.

                                   By: *Matthew Burgess*

1

Attorney Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC, hereby consents to the substitution of Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, as attorney of record for Defendant WALMART INC.

DATED: February 25th, 2022           PHILLIPS, SPALLAS & ANGSTADT LLC

By: _____
Robert K. Phillips, Esq. (Bar #11441)
rphillips@psalaw.net
Timothy D. Kuhls, Esq. (Bar #13362)
tkuhls@psalaw.net

Attorneys Elizabeth A. Skane, Esq. and Sarai L. Thornton, Esq. of the law firm SKANE MILLS LLP, hereby consent to act as the attorney of record for Defendant WALMART INC. in the above-referenced matter in the place and stead of Robert K. Phillips, Esq. and Timothy D. Kuhls, Esq. of PHILLIPS, SPALLAS & ANGSTADT LLC.

DATED: February 28th, 2022           SKANE MILLS LLP

By: /s/ Sarai L. Thornton
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com

## ORDER
**IT IS SO ORDERED**

**DATED:** 9:28 am, March 02, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2022, I sent via e-mail a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEY**, through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

/s/ Claudia Miller

An employee of SKANE MILLS LLP

**SERVICE LIST**

| | |
|---|---|
| Matthew G. Pfau, Esq.<br>MATT PFAU LAW GROUP<br>3041 W. Horizon Ridge Pkwy.<br>Suite 135<br>Henderson, NV 89052<br>Phone : (702) 605-5500<br>Fax : (702) 605-5507 | *Attorneys for Plaintiff,* |