Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendant, WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN YUMUL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC.,, a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:20-cv-00551-RFB-BNW <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE OF MAY 11, 2022** |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTIAN YUMUL and WALMART INC., by and through their respective counsel of record, hereby stipulate that the Settlement Conference currently set for May 11, 2022 in the above entitled matter be continued to **June 16, 2022 at 10:00 a.m.**

///

///

///

1

**IT SO STIPULATED.**

Dated: May 11th, 2022

H&P LAW

/s/ *Matthew G. Pfau*

Marjorie L. Hauf, Esq. (#8111)
Matthew G. Pfau, Esq. (#11439)
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Attorneys for Plaintiff,
CHRISTIAN YUMUL

Dated: May 11th, 2022

SKANE MILLS LLP

/s/ *Sarai L. Thornton*

Elizabeth A. Skane, Esq. (#7181)
Sarai L. Thornton, Esq. (#11067)
1120 Town Center Dr., Ste. 200
Las Vegas, NV 89144
Attorneys for Defendant
WALMART, INC.

## ORDER

Pursuant to the foregoing agreement of the parties,

Having considered the Stipulation, the Court hereby orders that the May 11, 2022 Settlement Conference is continued to June 16, 2022 at 10:00 a.m. before Magistrate Judge Brenda Weksler.

**IT IS SO ORDERED.**
DATED: May 12, 2022.

_____
UNITED STATES MAGISTRATE JUDGE WEKSLER

# Yesenia Lutes

| | |
|---|---|
| **From:** | Matthew G. Pfau <mpfau@CourtRoomProven.com> |
| **Sent:** | Wednesday, May 11, 2022 10:18 AM |
| **To:** | Yesenia Lutes; 'matt@mattpfaulaw.com'; Marjorie Hauf |
| **Cc:** | Sarai L. Thornton; Mallory Leake |
| **Subject:** | Re: [External Sender] YUMUL - Yumul v. Walmart / Stipulation and Order to Continue Settlement Conference of May 11th |
| **Attachments:** | Stip and Order to Cont. Settlement Conference of May 11th (01235333xB2F9F)[61].PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | YL TO DO |

You have my permission to use my e-signature on the attached stipulation.

Matt



**Matthew G. Pfau, Esq.**
**Partner**
8950 W Tropicana Ave, #1
Las Vegas, Nevada 89147
702 598 4529 TEL
702 598 3626 FAX
www.courtroomproven.com

**From:** Yesenia Lutes <YLutes@SkaneMills.com>
**Date:** Wednesday, May 11, 2022 at 9:55 AM
**To:** 'matt@mattpfaulaw.com' <matt@mattpfaulaw.com>, Marjorie Hauf <Mhauf@CourtRoomProven.com>
**Cc:** Sarai L. Thornton <SThornton@SkaneMills.com>
**Subject:** YUMUL - Yumul v. Walmart / Stipulation and Order to Continue Settlement Conference of May 11th

Dear Counsel:

Attached for your review, please find our draft stipulation to continue the settlement conference in this matter. Upon approval, please confirm if we have your authorization to insert your electronic signature.

Thank you.



Yesenia Lopez-Lutes, Paralegal
1120 Town Center Drive, Suite 200, Las Vegas, Nevada 89144
p: 702-363-2535 ext. 505

1