1  Elizabeth A. Skane, Esq. (Bar No.7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq. (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada 89144
   (702) 363-2535 / Fax (702) 363-2534
5
6  Attorneys for Defendant, WALMART INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11

12 | CHRISTIAN YUMUL, an individual,          | **CASE NO.: 2:20-cv-00551-RFB-BNW** |

13 |                 Plaintiff,               |

14 |         v.                               |

15 | WALMART INC., a Foreign Corporation;     | **STIPULATION AND ORDER FOR** |
16 | DOES I through X, inclusive; and ROE     | **DISMISSAL OF PLAINTIFF'S** |
   | BUSINESS ENTITIES I through X, inclusive,| **COMPLAINT AGAINST WALMART** |
17 |                                          | **INC., WITH PREJUDICE** |
   |                 Defendants.              |
18

19

20        **IT IS HEREBY STIPULATED** by and between Plaintiff, CHRISTIAN YUMUL

21 ("Plaintiff"), by and through his counsel of record, Marjorie L. Hauf, Esq. and, Matthew G. Pfau

22 Esq. of H&P LAW, and Defendant WALMART INC., by and through its counsel of record,

23 Sarai L. Thornton, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff

24 CHRISTIAN YUMUL against Defendant WALMART INC. and any amendments thereafter, are

25 hereby dismissed with prejudice against WALMART INC. Each party to bear their own

26 attorneys' fees and costs.

27 ///

28 ///

**IT IS SO STIPULATED.**

DATED this ___ day of July, 2022.

DATED this _16_ day of ~~July~~, 2022.    Aug.

H&P LAW

SKANE MILLS LLP

/s/

/s/   *Saraí L. Thornton*

By:_____

By:_____

Marjorie L. Hauf, Esq. (Bar #8111)
*mhauf@courtroomproven.com*
Matthew G. Pfau, Esq. (Bar #11439)
*mpfau@courtroomproven.com*
710 S. 9th Street
Las Vegas, Nevada 89101

Elizabeth A. Skane, Esq. (Bar #7181)
*eskane@skanemills.com*
Saraí L. Thornton, Esq. (Bar #11067)
*sthornton@skanemills.com*
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

*Attorney for Plaintiff,*
CHRISTIAN YUMUL

*Attorneys for,*
WALMART INC.

///

///

2

1

**ORDER**

2

Based on the foregoing stipulation between the parties and good cause shown,

3

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, CHRISTIAN

4

YUMUL, against Defendant WALMART INC., in the above-captioned matter, in the United

5

States District Court, District of Nevada, Case No. 2:20-cv-00551-RFB-BNW, including all

6

claims alleged therein, are hereby dismissed with prejudice as to Defendant WALMART INC.

7

Each party to bear its own attorneys' fees and costs.

8

9

10

**RICHARD F. BOULWARE, II**
**United States District Court**
DATED this 16th day of August, 2022.

11

12

Respectfully submitted by:

13

SKANE MILLS LLP

14

/s/ *Sarai L. Thornton*

15

By:_____
Elizabeth A. Skane, Esq. (Bar # 7181)

16

eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)

17

sthornton@skanemills.com
1120 Town Center Drive, Suite 200

18

Las Vegas, Nevada 89144
T: (702) 363-2535

19

20

*Attorneys for Defendant,*
WALMART INC.

21

22

23

24

25

26

27

28